THIS FORM MUST BE TYPED

## PROPERTY CLERK INVOICE
PD 521-141 (Rev. 06-09)

R186963

☒ ARREST EVIDENCE ☐ DNA ARREST EVIDENCE ☐ FORFEITURE ☐ FOUND PROPERTY ☐ PEDDLER PROPERTY
☐ INVESTIGATORY ☐ DNA INVESTIGATORY ☐ DECEDENT'S PROPERTY ☐ SAFEKEEPING ☐ OTHER:

| Invoicing Officer Rank/Name | Tax No. | Command | Invoice Date | Invoicing Command |
|---|---|---|---|---|
| dameron | | 113 | 12-14-09 | 113 |
| Arresting Officer Rank/Name | Tax No. | Command | Complaint No. (Yr.-Pct.-No.) | Acc/Accident No. |
| dameron | | 113 | 2009-113-10713 | |
| Investigating Officer Rank/Name | Tax No. | Command | Related Comp. No. (Yr.-Pct.-No.) | OCME EU No. |
| Detective Squad Supervisor Rank/Name | Tax No. | Command | Det Squad Case No. | OCME FB No. |
| CSU/ECT Processing Officer Rank/Name | Tax No. | Command | Police Lab Evid. Control No. | CSU/ECT Run No. |

☒ Arrest Date 12-14-09  Charge/Offense Under Investigation: cpsp

| Finder of Property | Address | Telephone No. |
|---|---|---|
| dave miller | | |
| Owner of Property | Address | Telephone No. |
| osborne miller | | |
| Complainant's Last Name, First Name | Address | Telephone No. |
| miller, osborne | | none |
| Prisoner's Last Name, First Name, M.I. | D.O.B. | Address | Arrest No. |
| morris, peggy | 11-11-51 | 163-25 130 ave. jamaica ny 11434 apt 1f | q09673121q |

Additional Invoice Nos. Related to This Case Including Vehicles
r186964

| Item No. | Qty | Article | Cash Value USC only | Peddler/Lead Seal No. | Sec/Narco Envelope No. |
|---|---|---|---|---|---|
| 1 | 1 | chase bank debit card #4207670032519715 | | | E730609 |

xxxxxxxxx above is a complet list of items vouchered xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

REMARKS:
Above property is being vouchered for arrest evidence.

| Invoicing Officer Rank/Name (Printed) | Signature | Tax No. | Command | PCD Storage Facility |
|---|---|---|---|---|
| PO dameron | | | 113 | |
| Supervisor Rank/Name (Printed) | Signature | Tax No. | Command | PCD Location |
| SGT Ruggiero | | | 113 | |
| MOS Delivering to PCD Rank/Name (Printed) | Signature | Tax No. | Command | PCD Storage No. |
| PCD Receiving MOS Rank/Name (Printed or stamped) | Tax No. | Command | BECS No. | |

R186963

DISTRIBUTION: 1. WHITE - PCD File Copy  2. 2nd WHITE - Inventory Unit Copy  3. YELLOW - PCD Work Copy
4. BLUE - Assigned Investigator's Copy  5. GREEN - ADA Copy  6. PINK - Prisoner/Finder Copy  7. GOLD - A/O's Copy

NYC-000066