THIS FORM MUST BE TYPED

PROPERTY CLERK INVOICE
PD 521-141 (Rev. 06-05)

R186963

☒ ARREST EVIDENCE   ☐ DNA ARREST EVIDENCE   ☐ FORFEITURE   ☐ FOUND PROPERTY   ☐ PEDDLER PROPERTY
☐ INVESTIGATORY   ☐ DNA INVESTIGATORY   ☐ DECEDENT'S PROPERTY   ☐ SAFEKEEPING   ☐ OTHER

| Invoicing Officer Rank/Name | Tax No. | Command | Invoice Date | | Invoicing Command |
|---|---|---|---|---|---|
| cameron | | 113 | 12-14-09 | | 113 |
| Arresting Officer Rank/Name | Tax No. | Command | Complaint No. (Yr.-Pct.-No.) | | Beat/Accident No |
| cameron | | 113 | 2009-113-10713 | | |
| Investigating Officer Rank/Name | Tax No. | Command | Related Comp. No. (Yr.-Pct.-No.) | | OCME CU No. |
| | | | | | |
| Detective Squad Sub/Unit Rank/Name | Tax No. | Command | Det Squad Case No. | | OCME PD No. |
| | | | | | |
| CSU/ECT Processing Officer Rank/Name | Tax No. | Command | Police Lab Crim. Census No. | | CSU/ECT Run No. |
| | | | | | |

| ☒ Arrest ☐ Incident | Date 12-14-09 | Charge/Offense Under Investigation cpsp | | | | Ful | Juvc | VW | J.D. | Homicide | So Ci | Known Perpotr | Married Incel | WOS Comp/ Vics |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Finder of Property | Address (Include City, State, Zip, Apt.) | | | Telephone No. |
|---|---|---|---|---|
| dave miller | | | | |
| Owner of Property (See Instructions) | Address (Include City, State, Zip, Apt.) | | | Telephone No. |
| osborne miller | | | | |
| Complainant's Last Name, First Name | Address (Include City, State, Zip, Apt.) | | | Telephone No. |
| miller, osborne | | | | none |
| Prisoner's Last Name, First Name, M.I. | D.O.B. | Address (Include City, State, Zip, Apt.) | | Arrest No. |
| morris, peggy | 11-11-51 | 163-25 130 ave. jamaica ny 11434 apt 1f | | q09673121q |

Additional Invoice Nos. Related to This Case Including Vehicle

r186964

| Item No. | QTY | ARTICLE | CASH VALUE USC only | PEDDLER/LEAD REAL No. | SEC/NARCO ENVELOPE No. |
|---|---|---|---|---|---|
| 1 | 1 | chase bank debit card #4207670032519715 | | | 730609 |
| | | xxxxxxxxxxabove is a complet list of items vouchered xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | | | |
| | | | | | |

| SIZING: | | TOTAL CASH VALUE | Prop Receipt Issued ☐ Yes ☐ Refused |
|---|---|---|---|

| Additional Prisoner's Last Name, First Name, M.I. D.O.B | Address (Include City, State, Zip, Apt.) | | Arrest No. |
|---|---|---|---|
| 2. | | | |

| Prisoner 1 NYSID No. | Prisoner 2 NYSID No. | Prisoner 3 NYSID No. | Total No. of Prisoners |
|---|---|---|---|

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK of this form).

Above property is being vouchered for arrest evidence.

| Invoicing Officer Rank/Name (Printed) | Signature | Tax No. | Command | PCD Storage Facility |
|---|---|---|---|---|
| PO cameron | | | 113 | |
| Supervisor Rank/Name (Printed) | Signature | Tax No. | Command | PCD Location (Zone/Rack) |
| SGT Reggiero | | | 113 | |
| MOS Delivering to PCD Rank/Name (Printed) Signature | | Tax No. | Command | PCD Storage No. |
| | | | | |
| PCD Receiving MOS Rank/Name (Printed or Stamped) | Tax No. | Command | BECS No. | |
| | | | | |

| Quartermaster Items | | Signature & Date Property Returned to Owner | R186963 |
|---|---|---|---|
| | | X | |

DISTRIBUTION   1. WHITE - PCD File Copy   2. 2nd WHITE - Inventory Unit Copy   3. YELLOW - PCD Work Copy
4. BLUE - Assigned Investigator's Copy   5. GREEN - ADA Copy   6. PINK - Prisoner/Finder Copy   7. GOLD - A/O's Copy

1

NYC 000066